# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MARI ESTELA PADRO OCTAVIANI,**<br>Plaintiff<br><br>v.<br><br>**GLAXOSMITHKLINE CONSUMER HEALTHCARE,**<br>Defendant | **Civil No. 14-1900 (DRD)** |

## JUDGMENT

Pursuant to the order entered on this same date, see Docket No. 69, the Court hereby enters a final judgment DISMISSING the instant case WITH PREJUDICE.

THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

In San Juan, Puerto Rico, this 6th day of March, 2017.

*/S/ Daniel R. Domínguez*
DANIEL R. DOMÍNGUEZ
United States District Judge